# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **SOUTHWIRE COMPANY, LLC**,<br><br>*Plaintiff*,<br><br>v.<br><br>**COPPERWELD BIMETALLICS, LLC**,<br><br>*Defendant*. | Civil Action No. |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of this District, Plaintiff Southwire Company, LLC, submits the following as its Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff:    Southwire Company, LLC
                        Southwire Consolidated, LLC

    Defendant:    Copperweld Bimetallics, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Plaintiff:    None
    Defendant:  None known to Plaintiff

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

Jonathan S. Klein, MAYER BROWN LLP
Marcus A. Christian, MAYER BROWN LLP
William H. Stallings, MAYER BROWN LLP
Ann G. Fort, EVERSHEDS SUTHERLAND, LLP

For Defendant:

Unknown to Plaintiff

| | |
|---|---|
| Respectfully submitted on August 18, 2022. | */s/ Jonathan S. Klein*<br>Jonathan S. Klein (Georgia Bar No. 540895)<br>*jklein@mayerbrown.com*<br>Marcus A. Christian (*pro hac vice* forthcoming)<br>*mchristian@mayerbrown.com*<br>William H. Stallings (*pro hac vice* forthcoming)<br>*wstallings@mayerbrown.com*<br>MAYER BROWN LLP<br>1999 K Street N.W.<br>Washington, D.C. 20006<br>T: (202) 263-3000<br>F: (202) 403-3232 |

Ann G. Fort
Georgia Bar No. 269995
*annfort@eversheds-sutherland.com*
EVERSHEDS SUTHERLAND, LLP
999 Peachtree Street, NE Suite 2300
Atlanta, GA  30309-3996
T: (404) 853-8493
F: (404) 853-8806

*Counsel for Plaintiff Southwire Company, LLC*

3